UNITED STATES DISTRICT COURT
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

## LETTER ORDER

September 14, 2010

Joseph Hayden, Jr., Esq.
Walder, Hayden & Brogan, P.A.
Five Becker Farm Road
Roseland, NJ 0 7068

Brian R. Howe, AUSA
Office of the U.S. Attorney
970 Broad Street
Newark, NJ 07102

    Re:    **USA v. Peter Cammarano, III**
             **Criminal No: 10-275 (JLL)**

Dear Counsel:

    I have received and reviewed your request for an extension of Peter Cammarano's self-surrender date from September 20, 2010 to October 4, 2010 in order to pursue a request that the Bureau of Prisons redesignate Mr. Cammarano consistent with the Court's recommendation that he be designated to Lewisberg Camp.

    After considering your request, the Court hereby grants the requested extension and restates its previous recommendation regarding Mr. Cammarano based on his security level and the nature of his offense.

                                      Very truly yours,

                                      Jose L. Linares,
                                      United States District Judge

JLL/ler